```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003565
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: ROBERT CONRAD
------------------------------------
WRIT OF HABEAS CORPUS
 For: ROBERT CONRAD
 Case/Party: D-ALM-1-08-CV-000032-001
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 08-729770992
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```