IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT THOMAS CONRAD, #226791 | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Civil Action No. 1:08cv32-WKW |
| GRANT CULLIVER, WARDEN, *et al.,* | ) ) ) ) | |
| Respondent. | ) | |

**REQUEST FOR TIME IN WHICH TO RESPOND**

Come now Respondent in the above-styled cause and requests twenty-eight days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts. Also, undersigned counsel has been involved in a capital case beginning on February 11th, that is expected to last three to four weeks, and therefore, has had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondent prays that this Honorable Court grant its request for twenty-eight days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

>Respectfully submitted,
>
>Troy King, ASB #KIN047
>*Attorney General*
>By-
>
>s/Beth Slate Poe
>Beth Slate Poe ID#POE005
>*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Robert Thomas Conrad, AIS# 226791, Holman 3700, Atmore, Alabama 36503-3700.

    Respectfully submitted,

    s/Beth Slate Poe (POE005)
    Beth Slate Poe (POE005)
    Office of the Attorney General
    Alabama State House
    11 South Union
    Montgomery, AL 36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 242-2848
    E-Mail: bpoe@ago.state.al.us

381381/117987-001