IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT THOMAS CONRAD, )<br># 226791, )<br> )<br>      Petitioner, )<br> )<br>v )<br> )<br>GRANT CULLIVER, WARDEN, *et al.*, )<br> )<br>      Respondents. ) | Civil Action No. 1:08cv32-WKW |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on February 19, 2008 (Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from February 19, 2008, to and including March 18, 2008, to file an answer to the petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief in compliance with this court's order entered on January 30, 2008.

Done this 19th day of February, 2008.

                                  /s/Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE