IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT THOMAS CONRAD, #226791 | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Civil Action No. 1:08cv32-WKW |
| GRANT CULLIVER, WARDEN, *et al.,* | ) ) ) ) | |
| Respondent. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, Troy King and Warden Grant Culliver, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

Troy King and Grant Culliver parties named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Respectfully submitted

Troy King
*Attorney General*


s/Beth Slate Poe
Beth Slate Poe (POE005)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Robert Thomas Conrad, AIS# 226791, Holman 3700, Atmore, AL  36503-3700.

        Respectfully submitted,

        s/Beth Slate Poe
        Beth Slate Poe(POE005)
        Office of the Attorney General
        Alabama State House
        11 South Union Street
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-mail: bpoe@ago.statel.al.us

383891/117989-001