RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 APR 24 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROBERT THOMAS CONRAD  *  Civil Action No. 1:08 cv-WKW

　　　　Petitioner,　　*

VS.　　　　　　　　　*　　　1:08 cv32-WKW

GRANT CULLIVER, Warden, et al.,

　　　　Respondents.


MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COURT'S ORDER
OF APRIL 3, 2008

　　Comes now the Petitioner Robert Thomas Conrad, Pro Se in the above styled action, and hereby moves this Honorable Court for a 20 day enlargement of time to file his response to this Court's Order of April 3, 2008, and as good cause therefore, says as follows:

　　1. Petitioner is unskilled in law and is being assisted by a fellow inmate in this habeas corpus proceeding.

　　2. the fellow inmate has just been released from the segregation unit of the prison, and because of the complexity of this case (Capital Murder Conviction) and the issues involved, Petitioner cannot upon due date

adequately file his response to the Respondent's Answer in accordance with this Court's order of April 3, 2008.

3. Moreover, Petitioner avers that the Law Library at Holman prison is in a 12x24 feet room to accommodate a population of nearly 600 inmates, and prison authorities limits the access that inmates can utilize the Law Library and when it can be utilized is often crowded and an uncomfortable environment to research and work in.

Wherefore, Premises considered, Petitioner prays that this Honorable Court will grant an additional 20 day enlargement of time to file his answer to this Court's order of April 3, 2008.

Respectfully Submitted,

X ROBERT T. CONRAD
ROBERT THOMAS CONRAD
AIS# 226791 E-12
Holman Unit 3700
Atmore
Alabama 36503-3700

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21 day of April 2008, served a copy of the foregoing on the Respondents, by placing a copy of the same in the Prison internal mailing system, Postage prepaid and properly addressed as follows:

TROY KING
Alabama Attorney General
11 South Union Street
Montgomery, Al. 36130-0152

_Robert T. Conrad_
ROBERT THOMAS CONRAD

Robert Thomas Conrad
AIS# 226791-E1-12A
Holman Unit 3700
Atmore, Al.
36503-3700



OFFICE OF THE CLERK
U.S. DISTRICT COURT
Middle District of Alabama
P.O. Box 711
Montgomery, Al.
36101

LEGAL MAIL ONLY

36101+0711