IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT THOMAS CONRAD, ) | |
| # 226791, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:08cv32-WKW |
| ) | |
| GRANT CULLIVER, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner (Doc. No. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from April 24, 2008, to and including May 14, 2008, to file a response to the respondents' answer in compliance with this court's orders.

Done this 24th day of April, 2008.

                                              /s/Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE